1
2
3
4
5
6

**IN THE UNITED STATES DISTRICT COURT**

7

**FOR THE DISTRICT OF ARIZONA**

8
9   Krista Purnell,

**NO. CV-14-02716-PHX-ESW**

10              Plaintiff,

**JUDGMENT IN A CIVIL CASE**

11   v.
12   Carolyn W Colvin,
13              Defendant.
14

15      **Decision by Court.**  This action came for consideration before the Court.  The

16   issues have been considered and a decision has been rendered.

17      IT IS ORDERED AND ADJUDGED that pursuant to the Court's Order filed June

18   17, 2016, the decision of the Commissioner of Social Security is reversed, and this case is

19   remanded to the Social Security Administration for further proceedings consistent with

20   the Order.

21                                          Brian D. Karth
                                          District Court Executive/Clerk of Court
22
23   June 17, 2016

24                                          s/ Rebecca Kobza
                                    By    Deputy Clerk
25
26
27
28